No. 97–5400. LAMBERT *v.* NORTH CAROLINA. Super. Ct. N. C., Pasquotank County. Certiorari denied.

No. 97–5401. WOOLLEY *v.* ZIMMERMAN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5402. TRICARICO *v.* BOARD OF REVIEW OF NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–5403. BETHLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5405. TENNER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–5407. WIGHT *v.* BOARD OF DENTAL EXAMINERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5408. SIKORA *v.* HOPKINS ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5409. ROGERS *v.* CUYSON ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 97–5410. SMITH *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 97–5411. RAMIREZ *v.* UNITED STATES; and
No. 97–5515. HOTCHKISS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 112 F. 3d 849.

No. 97–5412. PERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5413. SIMMONS *v.* BLODGETT, DEPUTY DIRECTOR, DIVISION OF PRISONS, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 97–5414. LAWSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.